UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - Detroit

| | | |
|---|---|---|
| CHRISTOPHER D SURBER | ) | |
| CHRISTINA J SURBER, | ) | CASE NO. 20-48246-tjt |
| Debtors. | ) | CHAPTER 7 |
| | ) | Judge Thomas J. Tucker |
| | ) | |

# ORDER REOPENING CASE
# TO ALLOW DEBTOR TO FILE ADVERSARY PROCEEDING
# TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS

Having considered the Debtors' motion to reopen this case (Docket # 27, the "Motion"), the Court finds good cause to enter this Order.

IT IS ORDERED that the Motion is granted, and this case is reopened.

IT IS FURTHER ORDERED that under Fed. R. Bankr. P. 4007(b), there is no filing fee for the Motion.

IT IS FURTHER ORDERED that no later than November 30, 2023, one or both of the Debtors must file an adversary proceeding, or the Court may once again close this case, without further notice or hearing.

**Signed on November 16, 2023**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**